UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00340-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| Vs. | **)** | ORDER |
| | **)** | |
| **MILAN TRISIC,** | **)** | |
| | **)** | |
| Defendant. | **)** | |

      **THIS MATTER** is before the Court on defendant's Motion to File Under Seal. Review of the defendant's motion does not reveal compliance with L.Cr.R. 49.1(a), which incorporates L.Cv.R. 6.1. A motion to seal must specifically address and provide the materials outlined at L.Cv.R. 6.1 (c). Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

      **IT IS, THEREFORE, ORDERED** that defendant's Motion to File Under Seal (#27) is **DENIED** without prejudice.

Signed: March 26, 2018

Max O. Cogburn Jr
United States District Judge